# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENARD BROOKS JR., | Case No. 1:22-cv-01414-ADA-EPG-HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR EXTENSION OF TIME AS MOOT AND DIRECTING CLERK OF COURT TO UPDATE PETITIONER'S ADDRESS AND RE-SERVE DOCUMENTS |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | (ECF No. 10) |

Petitioner Renard Brooks Jr. is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed a petition for writ of habeas corpus in the United States District Court for the Northern District of California. (ECF No. 1.) On October 26, 2022, the United States District Court for the Northern District of California issued a notice that Petitioner's habeas action was deficient because he did not pay the $5 filing fee and stating that Petitioner must correct the deficiency. (ECF No. 2.) On November 2, 2022, the United States District Court for the Northern District of California ordered that the petition be transferred to the United States District Court for the Eastern District of California, and on November 3, 2022, the case was transferred. (ECF Nos. 4, 5.)

On November 3, 2022, this Court issued new case documents and an order authorizing *in forma pauperis* status. (ECF Nos. 6, 7.) On November 18, 2022, the new case documents and *in forma pauperis* order were returned as "Undeliverable – Refused." On November 28, 2022, the

undersigned issued findings and recommendation recommending that the petition be dismissed as an unauthorized successive petition. (ECF No. 9.)

On December 7, 2022, this Court received Petitioner's motion for extension of time to respond to the Northern District of California's deficiency notice.[1] (ECF No. 10.) Therein, Petitioner indicates that he received the deficiency notice the night of October 31, 2022, and then was transferred "out of the blue" to the Los Angeles County Jail on November 1, 2022. Petitioner requests an extension of time "to get the required documents to show that [he is] indigent." (Id.) On November 3, 2022, this Court granted Petitioner *in forma pauperis* status. (ECF No. 7.) Accordingly, Petitioner's motion for extension of time to respond to the Northern District of California's deficiency notice is moot.

Although Petitioner indicates that he has been transferred to the Los Angeles County Jail, he does not provide his new mailing address or booking number. It is Petitioner's responsibility to keep the Court apprised of his current address at all times. See Local Rule 183(b). Absent notice of a party's change of address, service of documents at the prior address of the party is fully effective. Local Rule 182(f). However, given that Petitioner is unaware of the transfer of his habeas matter to this Court and in light of his demonstrated interest in continuing to prosecute his case, the Court will update his address this one time. If Petitioner is transferred in the future, it is his responsibility to keep the Court apprised of his current address.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for extension of time (ECF No. 10) is DENIED as MOOT.

2. The Clerk of Court is DIRECTED to update Petitioner's address to:

> Renard Brooks Jr.
> Booking Number 6494869[2]
> P.O. Box 86164
> Terminal Annex
> Los Angeles, CA 90086-0164[3]

---

[1] The motion was received by the United States District Court for the Northern District of California on November 25, 2022, and forwarded to this Court on December 7, 2022. (ECF No. 10.)

[2] Los Angeles County Sheriff Inmate Information Center, https://app5.lasd.org/iic (search by "Last Name" for "Brooks" and "First Name" for "Renard") (last visited Dec. 9, 2022).

[3] Los Angeles County Sheriff's Department, Inmate Mail Regulations, http://shq.lasdnews.net/pages/PageDetail.aspx?id=1512 (last visited Dec. 9, 2022).

3. The Clerk of Court is DIRECTED to re-serve the new case documents, *in forma pauperis* order, notice reassigning case, and findings and recommendation (ECF Nos. 6, 7, 8, 9) to Petitioner at his new address.

IT IS SO ORDERED.

Dated:   **December 12, 2022**          /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE