# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENARD BROOKS JR., <br><br> Petitioner, <br><br> v. <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Respondent. | Case No. 1:22-cv-01414-ADA-EPG-HC <br><br> ORDER DENYING PETITIONER'S REQUEST FOR A COURT ORDER WITHOUT PREJUDICE <br><br> (ECF No. 14) <br><br> ORDER GRANTING PETITIONER EXTENSION OF TIME TO FILE OBJECTIONS TO THE FINDINGS AND RECOMMENDATION |

Petitioner Renard Brooks Jr. is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 28, 2022, the undersigned issued findings and recommendation recommending that the petition be dismissed as an unauthorized successive petition. (ECF No. 9.) On January 5, 2023, the Court received a notice from Petitioner in which he stated that he was in Los Angeles County Jail and had been denied access to the law library in addition to having problems procuring paper, copies, pencils, and envelopes due to his indigency. (ECF No. 12.) On January 6, 2023, the Court construed the notice as a motion for extension of time and granted Petitioner forty-five days to file objections to the findings and recommendation. (ECF No. 13.)

///

1

On March 7, 2023, Petitioner filed the instant request for a court order directing his institution of confinement to provide law library access to Petitioner. (ECF No. 14.) Petitioner informs the Court that he recently has been sent back to Corcoran and that he was denied law library access despite showing them the Court's order granting an extension of time. Petitioner indicates that he has "filed paperwork." (Id. at 2.) It appears that Petitioner has submitted an administrative grievance with respect to the law library access issue. Accordingly, at this juncture, the Court will not issue an order directing the institution to provide access but will grant an extension of time for Petitioner to file objections.

Accordingly,  IT IS HEREBY ORDERED that:

1. Petitioner's request for a court order (ECF No. 14) is DENIED WITHOUT PREJUDICE;[1] and
2. Petitioner is GRANTED **FORTY-FIVE (45) days** from the date of service of this order to file objections to the findings and recommendation.

IT IS SO ORDERED.

Dated:   **March 8, 2023**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] In the event Petitioner does not receive law library access by this next deadline, Petitioner may renew his motion for a court order. Along with the renewed motion, Petitioner should submit a copy of his request for law library access and the institution's response to that request.